DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH PONCHOT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-2686
_____

May 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the County Court for Pasco County; Joseph Poblick, Judge.

Joseph Ponchot, pro se.

PER CURIAM.

     Affirmed.

VILLANTI, LaROSE and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.